# Court of Appeals
# of the State of Georgia

ATLANTA,   April 25, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1609.  VERNON G. MCCORKLE v. THE STATE.**

In 1999, Vernon McCorkle pled guilty to aggravated child molestation and child molestation.  In January 2012, McCorkle filed a motion for transcripts from his plea and sentencing hearings in connection with a habeas corpus action he apparently has filed.  By order entered February 20, 2012, the trial court denied the motion for transcripts.  Thirty-six days later, on March 27, 2012, McCorkle filed a notice of appeal.

A notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because McCorkle's notice of appeal was not timely filed, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/25/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*